# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:        June 26, 2015

Case Number:   03-12-00726-CV
Trial Court No.: D-1-GN-12-001270

Style:        Mary Louise Serafine v. Alexander Blunt and Ashley Blunt

---

You are hereby notified that appellant's motion for rehearing re: attorney fees on remand was denied on the date noted above. Also, the opinion, concurring opinion, and judgment dated May 1, 2015, are withdrawn; and the substituted opinion, concurring opinion, and judgment were sent this date to the following persons:

Mr. Ronald M. Raydon
Law Offices of Ronald Max Raydon
1718 Fry Road, Suite 450
Houston, TX 77084

Mr. Ray Bass
120 West 8th Street
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

The Honorable Gisela D. Triana
District Judge, 200th District Court
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767-1748
* DELIVERED VIA E-MAIL *

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

Mr. Doran D. Peters
Hajjar, Sutherland & Peters, L.L.P.
3144 Bee Cave Road
Austin, TX 78746
* DELIVERED VIA E-MAIL *


RECEIVED
JUL 1 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



# Court of Appeals

## Third District

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 002.18
02 1W
0001401623 JUN 26 2015

PRESORTED
FIRST CLASS

RECEIVED
JUL 17 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

07/22/2015 AUSTIN, TX 78744 **

MR. RONALD M. RAYDON
LAW OFFICES OF RONALD MAX RAYDON
1718 FRY ROAD SUITE 450
HOUSTON TX 77084

NIXIE    770842020-1N    07/11/15

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

E1 ZEAB3 77084